MOFFETT, Appellant, v. PIEL, Respondent. (Supreme Court, Appellate Division, Second Department. March 5, 1915.) Action by Annie Aletta Elwell Moffett, as executrix, etc., against

Gottfried Piel, as executor, etc. No opinion. Motion for leave to appeal to the Court of Appeals denied, as leave is unnecessary.